### TRUMAN E. ANDREWS ET AL.
### v.
### CONTENT P. ANDREWS ET AL.

FREEHOLD.—The case involving the question of freehold this court has no jurisdiction, and the writ of error is dismissed, with leave to withdraw the record.

ERROR to the Circuit Court of Randolph county; the Hon. AMOS WATTS, Judge, presiding. Opinion filed October 6, 1881.

Mr. J. B. JONES and Mr. J. H. LINDSEY, for plaintiff in error.

Messrs. JOHNSON & HORNER, Mr. WM. HARTZELL and Mr. W. N. WILSON, for defendants in error.

City of E. St. Louis v. Kase.

PER CURIAM. There is a freehold involved in this case. We must, therefore, dismiss the writ of error on our own motion, because we have no jurisdiction of the subject matter.

Sess. Laws 1879, Sec. 2, page 222; Gage v. Busse, 94 Ill. 590; People v. Hotz, 92 Ill. 426; Same v. Wright, 92 Ill. 596.

The record may be withdrawn.

Writ of error dismissed.